# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JIMMIE L. JONES & MARILYNN F. JONES  Case Number: 07-72130
902 HAYES AVENUE  SSN-xxx-xx-4523 & xxx-xx-8711
SOUTH BELOIT, IL  61080

Case filed on: 9/6/2007
Plan Confirmed on: 11/28/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,840.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 1,115.70 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 1,115.70 | 0.00 |
| 999 | JIMMIE L. JONES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 4,184.50 | 2,300.00 | 267.03 | 180.97 |
| 002 | COUNTRYWIDE HOME LOANS/MERS | 9,050.69 | 9,050.69 | 1,070.81 | 0.00 |
|  | Total Secured | 13,235.19 | 11,350.69 | 1,337.84 | 180.97 |
| 001 | CITIZENS FINANCE | 0.00 | 1,884.50 | 0.00 | 0.00 |
| 003 | ABLE HOME HEALTH LLC | 688.76 | 688.76 | 0.00 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES | 1,100.00 | 1,100.00 | 0.00 | 0.00 |
| 005 | AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BELOIT RADIOLOGY LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FAIR OAKS REHAB & HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 1,453.73 | 1,453.73 | 0.00 | 0.00 |
| 010 | NIHAN & MARTIN PHARMACY | 1,785.93 | 1,785.93 | 0.00 | 0.00 |
| 011 | OSF ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 5,018.50 | 5,018.50 | 0.00 | 0.00 |
| 013 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 871.20 | 871.20 | 0.00 | 0.00 |
| 015 | SOUTH BELOIT FIRE DEPT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SOUTHERN WISCONSIN EMERGENCY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | B-REAL LLC | 738.64 | 738.64 | 0.00 | 0.00 |
| 019 | JEFFERSON CAPITAL SYSTEMS, LLC | 444.40 | 444.40 | 0.00 | 0.00 |
| 020 | ROCK ENERGY COOPERATIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WOLPOFF & ABRAMSON LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,281.52 | 1,281.52 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 595.78 | 595.78 | 0.00 | 0.00 |
| 024 | JEFFERSON CAPITAL SYSTEMS, LLC | 420.76 | 420.76 | 0.00 | 0.00 |
| 025 | VATIV RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 14,399.22 | 16,283.72 | 0.00 | 0.00 |
|  | Grand Total: | 29,834.41 | 29,834.41 | 2,453.54 | 180.97 |

Total Paid Claimant:      $2,634.51
Trustee Allowance:        $205.49       Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan